

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED
JUL 16 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America vs. Yong Tae Kim | ) ) ) ) ) | Case No.   10-CR-0080 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Yong Tae Kim_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Removing condition number 7(q) and replacing it with the following:   You shall participate in the following Location Monitoring program components and abide by all the requirements of the program which will include electronic monitoring or other location verification system. The defendant shall pay all or part of the costs of the program based upon their ability to pay as determined by the Pretrial Services Officer. **CURFEW:** You are restricted to your residence everyday from 5 pm to 5 am or as directed by the Pretrial Services Officer. All other previously ordered conditions not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   7/8/10           _____   7-14-10
Signature of Defendant     Date                  Pretrial Services Officer     Date
Yong Tae Kim                                     Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                              7-16-2010
Signature of Assistant United States Attorney       Date
Laurel J. Montoya

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                              7/8/10
Signature of Defense Counsel                        Date
Eric D. Shevin

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on   7/16/10
[ ] The above modification of conditions of release is *not* ordered.

_____                              7/16/10
Signature of Judicial Officer                       Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services