# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
DEC 0 8 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| **United States of America** vs. Yong Tae Kim | Case No. 10CR0080 AWI |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Yong Tae Kim_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Deleting the condition that pertains to participating in electronic monitoring and curfew.

All other conditions not in conflict with the above to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  12/4/10       _____  12-7-10
Signature of Defendant     Date          Pretrial Services Officer   Date
Yong Tae Kim                              Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                               12/7/200
Signature of Assistant United States Attorney         Date
Laurel Montoya

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                               12/6/10
Signature of Defense Counsel                          Date
Eric D. Shevin

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on   12/8/10
☐ The above modification of conditions of release is *not* ordered.

_____                               12/8/10
Signature of Judicial Officer                         Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services