Law Offices of Eric D. Shevin
Eric D. Shevin, Esq. (State Bar No. 160103)
Stephen J. Fisch, Esq. (State Bar No. 240774)
15260 Ventura Blvd., Suite 1050
Sherman Oaks, CA 91403
Telephone: (818) 784 - 2700
Facsimile:  (818)  784 - 2411

Attorneys for Defendant
YONG TAE KIM

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br><br>        vs.<br><br>YONG TAE KIM,<br><br><br>                                  Defendant. | Case No.  10-CR-0080 AWI<br><br>**STIPULATION TO MODIFIY CONDITIONS OF PRE-TRIAL RELEASE (1) TO ALLOW TRAVEL TO LAS VEGAS, NEVADA AND (2) ALLOW DEFENDANT TO ENTER THE SANTA MONICA MUNICIPAL AIRPORT FOR AN INSTRUCTIONAL FLIGHT** |

1.      Defendant, YONG TAE KIM, through his counsel of record, Eric D. Shevin, and Plaintiff United States Attorneys' Office hereby file this Stipulation to Modify the Conditions of Pre-trial release (1) to allow Mr. Kim to travel to Las Vegas for a wedding on the weekend of July 30, 2011 and (2) to allow Mr. Kim to enter the Santa Monica Municipal airport for one instructional flight from the Santa Monica Flight School.

2.      Defendant YONG TAE KIM seeks a modification of the conditions of his pre-trial release to allow him to travel to Las Vegas, Nevada for a wedding on July 30, 2011.  Allowing Defendant Kim to attend the wedding will not prejudice the case and he will be able to meet all other conditions of pre-trial release.

3.   Defendant YONG TAE KIM specifically understands and agrees that he is to have no contact with any of the named co-defendants either directly or indirectly.

4.   For these reasons, defense counsel requests that the court find good cause to modify the conditions of pre-trial release to allow Defendant Kim to travel to Las Vegas, Nevada from July 29, 2011 through July 31, 2011.  Counsel spoke to Pretrial Services officer Verenice Gardea who indicated that she has no objection to his travel.  Counsel has spoken to Assistant United States Attorney Laurel J. Montoya who has expressed no opposition to the requested modification and has stipulated to the requested condition.

5.   Based upon the foregoing, the parties request that the Court modify the conditions of pretrial release to allow Ms. Kim to travel to Las Vegas, Nevada from July 29, 2011 through July 31, 2011.

6.   Defendant YONG TAE KIM also seeks a modification of the conditions of his pre-trial release to allow him to enter the Santa Monica Airport one time only for purposes of attending an instructional flight from the Santa Monica Flight School.  Counsel spoke to Pretrial Services officer Verenice Gardea who indicated that she had no objection to Mr. Kim attending the instructional flight if the court modified the conditions of pretrial release so that he could enter the Santa Monica Municipal Airport.  Counsel has spoken to Assistant United States Attorney Laurel J. Montoya who has expressed no opposition to the requested modification and has stipulated to the requested condition.

7.   Based upon the foregoing, the parties request that the Court modify the conditions of pretrial release to allow Mr. Kim to enter the Santa Monica Municipal Airport to attend an instructional flight from the Santa Monica Flight School.

SO STIPULATED.

DATED: 7/8/11

/s/ Eric D. Shevin
ERIC D. SHEVIN,
Attorney for Defendant
YONG TAE KIM

**STIPULATION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE**     -2-

DATED: 7/8/11

      /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Attorney for Plaintiff
UNITED STATES OF AMERICA

STIPULATION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE    -3-

1
2
3   IT IS SO ORDERED.
4   Dated:   July 8, 2011
5                                            _____
                                             CHIEF UNITED STATES DISTRICT JUDGE