Law Offices of Eric D. Shevin
Eric D. Shevin, Esq. (State Bar No. 160103)
Stephen J. Fisch, Esq. (State Bar No. 240774)
15260 Ventura Blvd., Suite 1050
Sherman Oaks, CA 91403
Telephone: (818) 784 - 2700
Facsimile: (818) 784 - 2411

Attorneys for Defendant
YONG TAE KIM

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>YONG TAE KIM,<br><br>                    Defendant. | Case No. 10-CR-0080 AWI<br><br>**ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO ALLOW TRAVEL** |

GOOD CAUSE HAVING BEEN SHOWN IT IS HEREBY ORDERED THAT Mr. Kim's condition of pretrial release be modified so that Mr. Kim may travel to Nevada during May 25, 2012 through May 28, 2012 for a family vacation. Mr. Kim shall inform his Pretrial Services officer with his dates of travel and itinerary. All other conditions of release previously ordered shall remain the same.

IT IS SO ORDERED.

Dated:   May 11, 2012                    _____
                                         CHIEF UNITED STATES DISTRICT JUDGE

**EX PARTE APPLICATION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE**             -1-