BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-CR-00080 AWI |
| Plaintiff, | STIPULATION TO SET HEARING FOR CHANGE OF PLEA AND ORDER THEREON |
| v. | |
| YONG TAE KIM, | |
| Defendant. | |

Defendant, YONG TAE KIM, through his counsel, Eric Shevin and the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Laurel J. Montoya, Assistant United States Attorney, hereby stipulate to schedule a Change of Plea hearing on **May 19, 2014 at 1:30 p.m.** before Senior United States District Judge Anthony W. Ishii.

Dated: April 10, 2014      BENJAMIN B. WAGNER
                          United States Attorney

                           /s/ Laurel J. Montoya
                          LAUREL J. MONTOYA
                          Assistant United States Attorney

Stipulation                            1

1 | Dated:  April 10, 2014            /s/  Eric Shevin
2                                         ERIC SHEVIN
                                        Attorney for Defendant, YONG TAE KIM

**ORDER**

IT IS HEREBY ORDERED that a change of plea hearing for defendant YONG TAE KIM is set on May 19, 2014 at 1:30 p.m.

IT IS SO ORDERED.

Dated:  April 11, 2014           _____
                                      SENIOR  DISTRICT  JUDGE

Stipulation                                2