1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | Case No. 1:10-CR-00080-AWI-BAM-5 |
|---|---|
| Plaintiff, | **ORDER TO MODIFY SENTENCING RECOMMENDATION TO WIT: DELETE SOUTHERN CALIFORNIA HOUSING RECOMMENDATION, CONFIRM RECOMMENDATION FOR THE RESIDENTIAL DRUG ABUSE PROGRAM, AND EXTEND SELF-SURRENDER DATE** |
| vs. | |
| YONG TAE KIM, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN IT IS HEREBY ORDERED THAT the judgment in the above-entitled action be modified to delete the sentencing recommendation that Mr. Kim be housed in Southern California, to confirm that the Court recommends that Mr. Kim participate in 500 hour Bureau of Prisons Substance Abuse Treatment and that Mr. Kim will surrender to the Bureau of Prisons on or before January 10, 2015.

IT IS SO ORDERED.

Dated:   November 4, 2014                                    _____
                                                                                  SENIOR  DISTRICT  JUDGE