Shevin Law Group
Eric D. Shevin, Esq. (State Bar No. 160103)
Stephen J. Fisch, Esq. (State Bar No. 240774)
Narek Balagyozyan, Esq. (State Bar No. 316606)
15260 Ventura Blvd., Suite 1400
Sherman Oaks, CA 91403
Telephone: (818) 784 - 2700
Facsimile: (818) 784 - 2411

Attorneys for Defendant
YONG TAE KIM



UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> vs.<br><br>YONG TAE KIM,<br><br>      Defendant. | Case No. 1:10-CR-0080-DAD-BAM-5<br><br>**REQUEST FOR ORDER EXONERATING PROPERTY BOND AND RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON** |

   Defendant, YONG TAE KIM, by and through his counsel of record, Eric D. Shevin, hereby moves this court for an order exonerating the property bond posted on behalf of Mr. Kim and for reconveyance of real property in the above-captioned matter.

   On March 3, 2010 the magistrate judge ordered Mr. Kim released from custody under Pretrial Service's conditions on a $500,000 property bond (See Docket Entry #17). Real property owned by the 2007 Young Ja Kim Family Trust, was posted as collateral for the property bond by trustee Young Ja Kim (See Docket Entry #28) with Deed #20100314124.

   On September 29, 2014, Mr. Kim was sentenced to a total term of 40 months (See Docket Entry #146) and was ordered to self-surrender by January 10, 2015 (See Docket Entry #161). Since Mr. Kim has been sentenced and has surrendered in this action, he requests that the court exonerate

the bond previously set by the magistrate judge and reconvey title to the real property securing said bond. On October 12, 2018, the Young Ja Kim Family Trust recorded deed #2018041457 transferring their ownership in the property to Yong Tae Kim. On January 30, 2019, counsel confirmed with Assistant United States Attorney Laurel J. Montoya that she did not have an objection to the order.

Respectfully submitted,

DATED: Feb. 1, 2019

/s/
ERIC D. SHEVIN,
Attorney for Defendant
YONG TAE KIM

## ORDER

IT IS HEREBY ORDERED that the property bond in the above-captioned case be exonerated and title to the real property be reconveyed to Yong Tae Kim.

IT IS SO ORDERED.

DATED: 2/5/19

UNITED STATES MAGISTRATE JUDGE